# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LEE JENKINS,<br><br>                    Petitioner,<br>  vs.<br><br>WARDEN CIM-MSF,<br><br>                    Respondent. | CASE NO. 11cv1722 DMS (WMC)<br><br>**ORDER (1) ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND (2) DENYING PETITION** |

On July 28, 2011, Petitioner Christopher Lee Jenkins ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 7, 2012, Magistrate Judge William McCurine, Jr. issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. This Court, having reviewed *de novo* the Magistrate Judge's R&R, and there being no objections thereto, adopts the Magistrate Judge's recommendation in full and **DENIES** the petition for a writ of habeas corpus. The Court finds no basis for a certificate of appealability. The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED: October 4, 2012

_____
HON. DANA M. SABRAW
United States District Judge